IN THE SUPREME COURT OF TEXAS

 No. 04-0889

 IN RE Calvary hill cemetery, a non-profit corporation, and the catholic
 diocese of dallas

 On Petition for Writ of Mandamus

ORDERED:

 1. Pending further order of this Court, Relators' motion for stay,
 filed October 7, 2004, is granted as follows:

 Real Parties In Interest shall not disturb any possible
 burial sites on the real property described in Exhibit "A"
 attached hereto and incorporated herein for all purposes.
 Except as otherwise stayed herein, all proceedings, in Cause No.
 CC-03-09682-D, styled Dallas Independent School District,
 Plaintiff v. Calvary Hill Cemetery, a Texas non-profit
 corporation and the Catholic Diocese of Dallas,
 Defendants/Counter-Plaintiffs v. Dallas Independent School
 District, William Blaydes, Steve Salazar, John Loza and City of
 Dallas, Counter-Defendants, in the County Court at Law No. 4 of
 Dallas County, Texas, are not stayed.

 Done at the City of Austin, this 12th day of October, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk